```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBERT BARBERA,

                Plaintiff,

- against -

ALL SEASON PROTECTION INC.,

                Defendant.

**24-CV-6764(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    A review of the Docket Sheet for this action indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since September 18, 2024. At that time, an affidavit of service as to Defendant was filed. (See Dkt. No. 7.) Accordingly, it is hereby

    **ORDERED** that Plaintiff inform the Court, within five (5) days of the date of this Order, concerning the status of this action and Plaintiff's contemplation with regard to any further proceedings.

**SO ORDERED.**

Dated:    January 27, 2025
             New York, New York

                                            Victor Marrero
                                            U.S.D.J.