**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROBERT BARBERA,

              Plaintiff,

                                            24 **CIVIL** 6764 (VM)

      -against-                                  **<u>DEFAULT JUDGMENT</u>**

ALL SEASON PROTECTION INC.,
                          Defendants.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Decision and Order dated October 15, 2025, Plaintiff's motion for a default judgment is GRANTED IN PART and DENIED IN PART; and it is further ORDERED that judgment against defendant All Season Protection Inc. ("All Season") is entered in the amount of $3,150 in statutory damages, $2,147.50 in attorneys' fees, and $465 in costs; and it is further ORDERED that a permanent injunction is entered against All Season, on the terms set forth below: All Season, its agents, servants, affiliates, and employees, and all others in active concert or participation with any of them shall not, either directly or indirectly, for themselves, or through, on behalf of, or in conjunction with any other person, persons, partnership, or corporation, display or use Barbera's Photograph on its Website, on its Instagram Account, or in any manner with the public; accordingly, the case is closed.

**DATED**: New York, New York
         October 16, 2025

                                **TAMMI M. HELLWIG**
                             _____
                                 **Clerk of Court**

               BY:                         
                                  **Deputy Clerk**